## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM OMAR MEDINA** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 23-1057** |
| | **:** | |
| **DET. SAL APRILE, SGT. ERIC** | **:** | |
| **STAUFFER** | **:** | |

## <u>ORDER</u>

**AND NOW**, this 12th day of May 2023, upon screening Plaintiff's *pro se* amended Complaint (ECF Doc. No. 14) consistent with Congress' screening mandate under section 1915 after previously dismissing his Complaint without prejudice to timely filing an amended Complaint as detailed in an accompanying Memorandum (ECF Doc. Nos. 7, 8), finding Plaintiff has not and cannot plead his federal constitutional claims, declining to exercise supplemental jurisdiction over the state law claims, and noting Plaintiff's change of address (ECF Doc. No. 15 in No. 23-cv-886), it is **ORDERED**:

1. The Clerk of Court shall update Plaintiff's address to William Omar Medina QM6110, SCI Phoenix, 1200 Mokychic Drive, Collegeville, PA 19426;

2. The amended Complaint (ECF Doc. No. 14) is **DISMISSED**:

   a. **With prejudice** as to all federal claims in this Court;

   b. **Without prejudice** to Plaintiff, if he can do so in timely manner, filing state law claims in state court (to the extent not earlier dismissed on the merits) as we decline to exercise supplemental jurisdiction over those claims having dismissed all federal claims; and,

3. The Clerk of Court shall **CLOSE** this case.

_____
**KEARNEY, J.**